UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT MAHAFFEY | § |
| | §  **CIVIL ACTION NO. 4:22-cv-02561** |
| **Plaintiff** | § |
| | § |
| VS. | § |
| | § |
| JIMMY'S OF HOUSTON, INC. | § |
| | § |
| **Defendant** | § |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to the Federal Rules of Civil Procedure, Plaintiff hereby files this notice of voluntary dismissal in accordance with FRCP Rule 41(a)(1)(A)(i).

The issues between the parties and the case in controversy have been resolved.

DATED: August 23, 2022

Respectfully submitted,

LAW OFFICES OF R. BRUCE THARPE
PO Box 101
Olmito, Texas 78575
(956) 255-5111
(866) 599-2596 - Fax

BY:  */S/   R. Bruce Tharpe*
R. Bruce Tharpe
Texas State Bar ID No. 19823800
Colorado State Bar ID No. 54500
Federal Bar ID 13098
PLAINTIFF'S COUNSEL

CERTIFICATE OF SERVICE

I, R. BRUCE THARPE, do hereby certify that on 08/23/2022, this notice was served on all parties of record via the SDTX_USDC electronic case filing system. A copy of this notice was also mailed to Defendant, who has not yet made an appearance in this case.

*/S/   R. Bruce Tharpe*
R. BRUCE THARPE,
ATTORNEY OF RECORD FOR

                                                            PLAINTIFF ROBERT MAHAFFEY