United States District Court
Southern District of Texas
**ENTERED**
September 07, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT MAHAFFEY | § |
| | § |
| VS | § CIVIL ACTION NO. 4:22-2561 |
| | § |
| JIMMY'S OF HOUSTON, INC. | § |

## ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal filed on August 23, 2022 (Doc. No. 6) this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)

SIGNED at Houston, Texas, this ___7th___ day of September 2022.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE